# Exhibit "A"

THOMAS COUNTY
CLERK OF COURT
DAVID HUTCHINGS J

2009 SEP -3 PM 5:05

**RETURN TO:**
Roy M. Lilly, Jr.
P. O. Box 121
Thomasville, GA 31799

THOMAS COUNTY, GEORGIA
REAL ESTATE TRANSFER TAX
PAID  0
DATE  7-3-09
DAVID HUTCHINGS, JR
CLERK OF SUPERIOR COURT
09-1209

## WARRANTY DEED

# GEORGIA, THOMAS COUNTY.

**THIS INDENTURE**, Made the 3d day of **SEPTEMBER**, in the year of our Lord **TWO THOUSAND NINE**, between

**POLYIDUS PARTNERS, L.P.**
A GEORGIA LIMITED PARTNERSHIP

of the County of Thomas and State of Georgia Of the First Part, and

**WHISPERING PINES, INC.**
A NEVADA CORPORATION

of the County of Thomas and State of Georgia Of the Second Part,

**Witnesseth:** That the said Party of the First Part, for and in consideration of the sum of Ten Dollars ($10.00), in hand paid, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed, and confirmed, and by these presents does grant, bargain, sell, alien, convey, and confirm unto the Party of the Second Part, its successors and assigns, all the following described property, to-wit:

All that tract or parcel of land consisting of 285.69 acres located in Land Lots 322 and 323 of the 17th Land District of Thomas County, Georgia, and more particularly identified as Tract 1 on that plat of survey prepared by Cary B. Wetherington, Georgia Registered Land Surveyor Number 2899, dated 9/7/03 and recorded in Plat Cabinet 4, Folio 38-D, among the deed records of Thomas County, Georgia.

This is a portion of the property described in that deed from Fulton National Bank of Atlanta, as Successor Executor and Trustee of the Last Will and Testament of E. A. Dawes, to Mrs. Gladys H. Dawes, Mrs. Jean Dawes Manley, Mrs. Jean M. Schwartz, Gladys Carolyn Newman and William A. Newman, Successor Trustees under Item 3, Will of E. A. Dawes, dated March 9, 1973 and recorded in Deed Book 127, Pages 499-500 among the deed records of Thomas County, Georgia.

This conveyance is made subject to that Deed to Secure Debt dated March 29, 2007 from Polyidus Partners, LP to Commercial Bank recorded at Thomas County, Georgia Deed Book 1388, page 28 for which a collateral substitution agreement dated September 3, 2009 between the parties has been recorded at Thomas County, Georgia Deed Book 1592, page 109 securing indebtednesses having a present principal balance of $2,036,330.00, which, by

Warranty Deed
Polyidus Partners, LP to Whispering Pines, Inc.
Page 1 of 2 Pages

1592 111

acceptance of this deed, Grantee assumes and agrees to pay according to the tenor thereof.

To have and to hold the said above granted and described property, with all and singular, the rights, members, and appurtenances thereunto appertaining to the only proper use, benefit, and behoof of the said Party of the Second Part, its successors, and assigns, in Fee Simple; and the said Party of the First Part, the said bargained property above described, unto the said Party of the Second Part, its successors, and assigns, against the said Party of the First Part, its heirs, executors, and assigns, and against all and every other person or persons, shall and will and does hereby warrant and forever defend, by virtue of these presents.

**IN WITNESS WHEREOF,** The said Party of the First Part has hereunto set its hand and affixed its seal and delivered these presents the day and year first above written.

POLYIDUS PARTNERS, L.P.
A Georgia Limited Partnership

By:  Polyidus, Inc.
     A Georgia Corporation, its General Partner

By: _____ (L.S.)
           President

Attest: _____ (L.S.)
           Secretary

Signed, sealed, and delivered in the presence
of us in the County of Thomas,
State of Georgia

_____
Witness

_____
Notary Public

ROY M. LILLY, JR.
Notary Public, Thomas County, Georgia
My Commission Expires August 18, 2010